Public Access and Records Management Division

AVAILABLE RESOURCES:

Summary of Resources QTRLY Rprt

FY 2010

Actuals

YB

| | | | |
|---|---|---|---:|
| PACER Fee Revenue - Prior Year Carry Forward (OXEEPAC) | $ | 34,381,874 |
| PACER Fee Revenue - Current Year Receipts (OXEEPAC) | $ | 102,511,199 |
| Print Fee Revenue - Prior Year Carry Forward (OXEEPAP) | $ | 516,534 |
| Print Fee Revenue - Current Year Receipts (OXEEPAP) | $ | 187,118 |
| **Total Available Resources** | **$** | **137,596,725** |
| ***PROGRAM REQUIREMENTS:*** | | |
| **Public Access Services and Applications** | | |
| EPA Program (OXEEPAX) | $ | 18,768,552 |
| EPA Technology Infrastructure & Applications (OXEPTAX) | $ | - |
| EPA Replication (OXEPARX) | $ | - |
| **Public Access Services and Applications** | **$** | **18,768,552** |
| **Case Management/Electronic Case Files System** | | |
| Development and Implementation  (OXEECFP) | $ | 3,695,078 |
| Operations and Maintenance (OXEECFO) | $ | 15,536,212 |
| CM/ECF Futures (OXECMFD) | $ | 3,211,403 |
| Appellete Operational Forum (OXEAOPX)changed from OXEACAX | $ | 144,749 |
| District Operational Forum (OXEDCAX) | $ | 674,729 |
| Bankruptcy Operational Forum (OXEBCAX) | $ | 492,912 |
| **Subtotal, Case Management/Electronic Case Files System** | **$** | **23,755,083** |
| **Electronic Bankruptcy Noticing:** | | |
| Electronic Bankruptcy Noticing (OXEBNCO) | $ | 9,662,400 |
| **Subtotal, Electronic Bankruptcy Noticing** | **$** | **9,662,400** |
| **Telecommunications (PACER-Net & DCN)** | | |
| PACER-Net (OXENETV) | $ | 10,337,076 |
| DCN and Security Services (OXENETV) | $ | 13,847,748 |
| PACER-Net & DCN (OXDPANV) | $ | - |

1

| | | |
|---|---|---:|
| Security Services (OXDSECV) | $ | - |
| **Subtotal, Telecommunications (PACER-Net & DCN)** | $ | **24,184,824** |
| **Court Allotments** | | |
| Court Staffing Additives(OXEEPAA) | $ | 228,373 |
| Court Allotments (OXEEPAA) [incl. in program areas prior to FY 09] | $ | 1,291,335 |
| CM/ECF Court Allotments (OXEECFA) | $ | 7,605,585 |
| Courts/AO Exchange Program (OXEXCEX) | $ | 303,527 |
| **Subtotal, Court  Allotments** | $ | **9,428,820** |
| **Total Program Requirements** | $ | **85,799,679** |
| ***Congressional Priorities:*** | | |
| **Victim Notification (Violent Crime Control Act)** | | |
| Violent Crime Control Act Notification (OXJVCCD & OXJVCCO) | $ | 332,876 |
| **Subtotal, Victim Notification (Violent Crime Control Act)** | $ | **332,876** |
| **Web-based Juror Services** | | |
| Web Based E-Juror Services O&M (OXEJMEO) | $ | - |
| **Subtotal, Web-based Juror Services** | $ | - |
| **Courtroom Technology (OXHCRTO-3000)** | | |
| Courtroom Technology (OXHCRTO-3000) | $ | 24,731,665 |
| **Subtotal, Courtroom Technology Program** | $ | **24,731,665** |
| **State of Mississippi (OXEMSPX)** | | |
| State of Mississippi (OXEMSPX) | $ | 120,988 |
| **Subtotal, Mississippi State Courts** | $ | **120,988** |
| **Total Congressional Priorities** | $ | **25,185,529** |
| **Total Program & Congressional Priorities** | $ | 110,985,208 |
| **Total EPA Carry Forward (Revenue less Disbursement)** | $ | **26,611,517** |
| PACER FEE (OXEEPAC) Carry Forward | $ | 26,051,473 |
| PRINT FEE (OXEEPAP) Carry Forward | $ | - |
| **Total EPA Carry Forward** | $ | **26,051,473** |
| Total Print Fee Revenue | $ | 703,652 |
| Disbursed in (OXEEPAA) Allotments | $ | 143,608 |
| PRINT FEE (OXEEPAP) Carry Forward | $ | 560,044 |